ANNA LEWIS, Appellant, *v.* HESTER STEVENSON et al., as Executors of GEORGE STEVENSON, Deceased, Respondents.

Submitted February 21, 1950; decided April 6, 1950.

*Henry L. Nowvé* and *Raymond L. Nowvé* for appellant.

*Melvel W. Snitow* and *Sydney Snitow* for respondents.

Appeal dismissed upon the ground that no appealable paper appears in the record. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.